UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**ANDREW KIM,**

    Plaintiff,

                              Case No. 1:23-cv-11583-TGB-PTM

v.                            Hon. Terrence G. Berg

**CENTRAL MICHIGAN UNIVERSITY,**

    Defendant.

## STIPULATION TO DISMISS

Plaintiff Andrew Kim and Defendant Central Michigan University, by and through their respective attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the Voluntary Dismissal of this case as follows:

- Count I of the Compliant alleging Violation of 42 U.S.C. § 1983 is dismissed with prejudice;

- All other claims are dismissed without prejudice;

- The dismissal shall be without fees or costs to either party.

The Stempien Law Firm, PLLC
Attorneys for Plaintiff

 /s/ *Eric Stempien*                        Dated:  September 8, 2023
Eric Stempien (P58703)

Fraser Trebilcock Davis & Dunlap, P.C.
Attorneys for Defendant

 /s/ *Ryan K. Kauffman*                 Dated:  September 8, 2023
Ryan K. Kauffman (P65357)