UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW KIM,  Plaintiff,  vs.  CENTRAL MICHIGAN UNIVERSITY,  Defendant. | 23-CV-11583  **ORDER DISMISSING CASE**  HONORABLE TERRENCE G. BERG |

Pursuant to the Stipulation to Dismiss filed by parties (ECF No. 6):

Count I of the Compliant alleging Violation of 42 U.S.C. § 1983 is dismissed with prejudice; all other claims are dismissed without prejudice; and the dismissal is without fees or costs to either party.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: September 11, 2023